Alton D. BROWN, Petitioner

v.

PENNSYLVANIA INDEPENDENT
REGULATORY REVIEW COM-
MISSION, Respondent

No. 776 MAL 2016

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

COMMONWEALTH of Pennsylvania, Respondent

v.

Christobal R. RUIZ, Petitioner

No. 799 MAL 2016

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**

JP MORGAN CHASE BANK
NA, Respondent

v.

Gregory PALUMBO and Lisa
Palumbo, Petitioner

No. 738 MAL 2016

Supreme Court of Pennsylvania.

May 3, 2017

## ORDER

PER CURIAM

**AND NOW,** this 3rd day of May, 2017, the Petition for Allowance of Appeal is **DENIED.**